UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-44-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM JACKSON HARVEY, JR. | ORDER |

On motion of the Defendant, William Jackson Harvey, Jr., and for good cause shown, it is hereby ORDERED that [DE-47] be sealed until further notice by this Court. The grounds for this Order are found at [DE-47].

Accordingly, it is ORDERED that this document be filed under seal and to remain so sealed until otherwise ordered by the Court, except that a copy may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED this __11__ day of August, 2015.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE