UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-44-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM JACKSON HARVEY, JR. | ORDER |

This matter comes before the Court by an unopposed motion of the Office of the Federal Public Defender to correct or modify the written judgment entered on November 6, 2015. For good cause shown Defendant's Motion is GRANTED.

Is hereby ORDERED that the second sentence of the Additional Imprisonment Terms on page 3 of the written judgment be corrected to read: "The Court recommends that the Bureau of Prisons designate the Virginia Department of Corrections for service of that portion of the federal sentence which runs concurrently with the state sentences in Henrico County Docket Numbers CR13003046 and CR13003079.

IT IS SO ORDERED.

This the **24** day of **November**, 2015.

JAMES C. DEVER, III
Chief United States District Judge